STATE v. REED

No. 587P02

Case below: 153 N.C. App. 462

Petition by defendant pro se for discretionary review pursuant to G.S. 7A-31 denied 19 December 2002. Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 19 December 2002. Motion by defendant pro se to dismiss charges dismissed 19 December 2002.

STATE v. REID

No. 391P02

Case below: 151 N.C. App. 379

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 19 December 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 19 December 2002.

STATE v. ROBINSON

No. 602P02

Case below: 153 N.C. App. 813

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 19 December 2002.

STATE v. SEXTON

No. 595PA02

Case below: 153 N.C. App. 641

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 19 December 2002.